

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 93 | **DATE** | 2/8/2012 |
| **CASE TITLE** | USA vs. James L. Tanner | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued as to James L. Tanner.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | U.S. DISTRICT COURT  2012 FEB -9 PM 7:08  FILED | Courtroom Deputy Initials: | yp |
|---|---|---|---|